Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                          ) Case No.: 2:09-bk-31524-VZ
                                )
   Wyatt, Tiffany Kristina      ) TRUSTEE'S NOTICE OF
                                ) UNCLAIMED DIVIDEND
                                ) (Bankruptcy Rule 3011)
                                )
                                )
                                )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 636497 in the sum of $574.66 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

Wyatt, Tiffany Kristina
1415 Nadeau Drive
Los Angeles, CA  90019

Date:  May 23, 2011                    /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee

Check No. 636497

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| 0931524-VZ | 999-0 | WYATT, TIFFANY KRISTINA | | 0.00 | 574.66 | 0.00 | 574.66 |

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS. MICRO PRINTING. TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

May 03, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950

Los Angeles, CA 90014

Disbursement Account
**Suntrust Bank**

No.  636497

PAY** Five Hundred Seventy Four Dollars and 66 Cents******************

TO THE ORDER OF

AMOUNT ********$574.66 ***

VOID AFTER August 16, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA 90012-

*Nancy Curry*

⑈636497⑈ ⑆061100790⑆ 000000575200 ⑈